To:    Clerk of the
       United States District Court
       J. Caleb Boggs Building
       844 King Street
       Lock Box 18
       Wilmington, Delaware 19801

07cv740

From: Jamar White
      S.B.I. # 414978
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware 19977

November 13, 2007

*Re*: Filing fee payment for Writ of Habeas Corpus

Dear Clerk of the Court,

       Enclosed is the $5.00 filing fee for the Writ of Habeas Corpus pursuant to 28
U.S.C. § 2254.

       The actual petition shall arrive the following day or so upon this payment.
Therefore, if you will, please contact me at the address above in receipt of receiving both
payment, and petition. Thanks!

Yours Truly,

       Jamar White

FILED
2007 NOV 21  PM 3: 44
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE