D.I. # _____

# CIVIL ACTION
# NUMBER: _____07cv740 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |
| Sent To | LOREN MEYERS |
| Street, Apt. No.; or PO Box No. | DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE |
| City, State, ZIP+4 | 820 N. FRENCH STREET |

Article Number: 7007 0220 0004 4342 9431

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, JAN 7 2008, USPS

PS Form 3800, August 2006         See Reverse for Instructions