D.I. # _____

# CIVIL ACTION
# NUMBER:      07cv 740 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                              $   4.60
Certified Fee                            2.65
Return Receipt Fee                       2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees                 $   9.40

Sent To       Warden Perry Phelps
Street, Apt. No.;  Delaware Correctional Center
or PO Box No.  1181 Paddock Road
City, State, ZIP+  Smyrna, DE 19977
PS Form 3800,
```

7007 0220 0004 4342 9448

Postmark: JAN 2008, WILMINGTON DE 19801, USPS