United States District Court
For the District of Delaware



SS

Acknowledgement of Service Form   Scanned
For Service By Return Receipt

Civil Action No. 07CV740-JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>L.M Mason |
| 1. Article Addressed to:<br><br>**Warden Perry Phelps**<br>**Delaware Correctional Center**<br>**1181 Paddock Road**<br>**Smyrna, DE 19977** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service la  7007 0220 0004 4342 9448 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540