IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMAR WHITE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-740-JJF |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents.[1] | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.  Jamar White has applied for federal habeas relief, alleging error by the state courts. D.I. 1. By order of this Court, respondents' answer is due to be filed on February 25, 2008. D.I. 7.

2.  Counsel has been, and continues to be, diligently working on respondents' answer to Mr. White's petition. Unfortunately, more time is required to complete the answer and to have it reviewed, per Department policy, in the ordinary course of business. Over the past several weeks, counsel has been handling several calendars a week in the Court of Common Pleas and Justice of the Peace Court in addition to his regular responsibilities handling matters before the Delaware Superior Court and

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Perry Phelps was named Warden, effective January 7, 2008.

Supreme Court. Additionally, counsel will be in the Delaware Court of Common Pleas on Monday, February 25, 2008 for a jury trial calendar in the morning and then for an arraignment calendar in the afternoon. Furthermore, counsel will be out of the office from March 4th through March 6th for a training event outside of the State. As a result, more time is needed to complete respondents' answer.

      3.      Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

      4.      This is respondents' first request for an extension of time in this case.

      5.      Respondents submit that an extension of time to and including March 14, 2008, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  
Del. Bar. ID No. 4836

DATE: February 22, 2008

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents

Date: February 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on February 22, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Jamar White
>No. 414978
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  February 22, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMAR WHITE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-740-JJF |
| | ) |
| **PERRY PHELPS**, Warden | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before March 14, 2008.

_____
United States District Judge