IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWRE

| | |
|---|---|
| **JAMAR A. WHITE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Civ.Act.No. 07-740-JJF |
| v. | ) |
| | ) |
| **PERRY PHELPS,** Warden | ) |
| and **JOSEPH R. BIDEN III.**, Attorney | ) |
| General for ht State of Delaware | ) |
| | ) |
| Respondents, | ) |

FILED
MAR 27 2008
U.S. DISTRICT CO...
DISTRICT OF DEL...

BD scanned

**MOTION FOR EXTENSION OF TIME TO FILE
REPLY TO STATE'S ANSWER**
Pursuant to Fed R. Civ. 6(b) and U.S. Dist. Ct. D. Del. R. 16.4

1. The petitioner, Jamar White, who is incarcerated, has applied for federal habeas relief, alleging error by the state courts, and in subsequent the State has filed an answer to the said in the U.S. District Court on 03-14-08.

2. Therefore, the petitioner in reference moves for an extension of time to file a reply to the state's answer, because access to the institution's law library is inadequate due to over scheduling, where now there are only two scheduled sessions a week per inmate if fortunate.

3. The petitioner believes that in order to perfect an efficient and comprehensive reply to the state's answer, an extension of time is needed.

4. It is therefore requested that if possible an extension of time be granted for at least one more week in addition to the usual filing time.

i

**VERY TRULY YOURS,**

*Jamar A. White*
Jamar A. White S.B.I. # 414978
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

March 25, 2008

## Certificate of Service

I, Jamar A. White hereby certify that I have served a true and correct copy(ies) of the attached Motion for extension of time to file reply upon the following parties/persons:

| | |
|---|---|
| To: Kevin M. Carrol<br><br>Deputy Attorney General<br><br>820 N. French St.<br><br>Wilmington, Delaware 19801<br><br><br>To: | To:<br><br><br><br>To:<br><br><br><br>To: |
| To: | |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 25th day of March, 2008

Jamar A. White
SBI # 414978



WILMINGTON DE 197

26 MAR 2008 PM 2 L

I/M Jamar White
SBI# 414978   UNIT  D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
    19801-3570