IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMAR WHITE,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**PERRY PHELPS**, Warden )<br>and **JOSEPH R. BIDEN, III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 07-740-JJF |

**NOTICE OF FILING OF CERTIFIED STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents for *White v. State,* No. 409, 2006, have been filed and are available in paper form only.

    a. Appellant's Opening Brief and Appendix

    b. State's Answering Brief

    c. Appellant's Reply Brief

    d. Order (February 28, 2007)

2. Notice is also given that certified copies of the following of the Delaware Supreme Court documents for *White v. State,* No. 81, 2007 have been filed and are available in paper form only.

    a. Appellant's Opening Brief and Appendix

    b. State's Answering Brief

    c. Appellant's Reply Brief

    d. Order (August 24, 2007)

    e. Apellant's Motion for Re-Hearing

    f. State's Answer to Appellant's Motion for Reargument

    g. Defendant's Reply

    h. Order (September 28, 2007)

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: April 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on April 17, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Jamar White
>No. 414978
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  April 17, 2008