April 28th, 2008

07-740

Dear Clerk of the Court,

A few weeks ago, a Motion for Extension of Time in reference to case No. 07-740-JJF was filed in this court. A receipt was mailed back confirming the filing, but to-date, there is no response to the Motion - no judge has granted or denied the motion.

Therefore, if you will, please inform me of the status of such petition currently.

Sincerely,

Jamar White



FILED
APR 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I/M
Jamar Anwar White
SBI #414978
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

WILMINGTON DE 197
29 APR 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570