IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMAR ANWAR WHITE, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 07-740-JJF |
| PERRY PHELPS, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : | |
| Respondents. | : | |

**O R D E R**

Petitioner has filed a Motion for an Extension of Time to File a Reply to the State's Answer. (D.I. 17.) Petitioner filed a Reply on May 28, 2008. (D.I. 22.) Therefore, the Motion for an Extension of Time is **DENIED** as moot.

July 29, 2008
DATE

[signature]
UNITED STATES DISTRICT JUDGE